**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Sidike CONDE, Defendant–Appellant.**

No. 01–6624.

United States Court of Appeals, Fourth Circuit.

Submitted May 31, 2001.

Decided June 11, 2001.

Sidike Conde, pro se. Harvey Eisenburg, Office of the United States Attorney, Baltimore, MD, for appellee.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Sidike Conde seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000) and his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Conde*, Nos. CR–99–262–S; CA–01–830–S (D. Md. filed March 19, 2001, entered March 20, 2001; filed March 30, 2001, entered April 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*